UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 05-30172 |
| | ) | Chapter 7 |
| LEE OLIN AXDAHL | ) | |
| SSN/ITIN xxx-xx-4751 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| LENNIS MARY AXDAHL | ) | |
| SSN/ITIN xxx-xx-8691 | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| LEE OLIN AXDAHL and | ) | Adv. No. 10-3001 |
| LENNIS MARY AXDAHL | ) | |
| | ) | |
| Plaintiffs | ) | DEFAULT JUDGMENT |
| | ) | |
| -vs- | ) | |
| | ) | |
| ROBERT MORGAN, | ) | |
| TODD MORGAN, and | ) | |
| BROADCAST MUSIC, INC. | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED the pre-petition *in personam* claims held by Defendant Robert Morgan, Defendant Todd Morgan and Defendant Broadcast Music, Inc., a New York corporation, against Debtors-Plaintiffs Lee Olin Axdahl and Lennis Mary Axdahl are discharged under 11 U.S.C. § 727(a).

So ordered: May 26, 2010.

BY THE COURT:

*[signature]*

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document
was mailed or faxed to the parties shown on
the attached service list.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered
on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

Del Bryant
Chief Executive Officer
Broadcast Music, Inc.
320 West 57th Street
New York, NY 10019-3790

Robert J. Breit
Breit Law Offices, PC
606 East Tan Tara Circle
Sioux Falls, SD 57108

Dennis C. McFarland
505 West Ninth Street
Sioux Falls, SD 57104

Robert Morgan
3608 So. Marson Manor Circle
Sioux Falls, SD 57103-4724

Todd Morgan
504 East Main Street
Pipestone, MN 56164-2144

Todd Morgan
1146 U. S. Hwy. 75
Pipestone, MN 56164-3231

Todd D. Epp
Galland Law Firm
317 North Main Avenue
Sioux Falls, SD 57104